UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JEAN S. JEAN-FRANCOIS                    Chapter 13
                                         CaseNo. 13-44946

              Debtor(s)
                                         **NOTICE OF MOTION**

---------------------------------------------------------------X

SIRS/MADAMS:

 PLEASE TAKE NOTICE that Victor M. Wilson, Esq., attorney for the above-captioned debtor, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge, on the 22nd day of October, 2013 at 10:00 AM, at the United States Bankruptcy Court located at 271 Cadman Plaza East-Courtroom No. 3529, Brooklyn, New York 11201, for an order invalidating the auction sale of the real property located at 3502 Church Ave, Brooklyn, New York which was held on August 15, 2013 by the Supreme Court foreclosure referee, for sanctions, cost, and for such further relief as this Court deems just and proper.

 PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be filed with the court and served on the undersigned no later than three (3) days prior to the return date of this motion.

Dated: Brooklyn, New York
September 23, 2013

        Yours, etc.

        Victor M. Wilson, Esq.
        Attorney for Debtor
        841 Park Place
        Brooklyn, New York 11216

To: Office of the United States Trustee
  201 Varick Street, Suite 1006

To: Office of the United States Trustee
   201 Varick Street, Suite 1006
   New York, New York 10014

Michael J. Macco, Trustee
135 Pinelawn Road, Suite 120 South
Melville, New York 11747

Ocwen Loan Servicing LLC
c/o Leopold and Associates
80 Business Park Drive Ste. 110
Armonk, NY 10504

Church Avenue Partners
c/o Berkman, Henoch, Peterson, Peddy and Fenchel
100 Garden City Plaza
Garden City, NY 11530

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEAN S. JEAN-FRANCOIS           Chapter 13
                                          Case No. 13-44946

          Debtor(s)         AFFIRMATION

------------------------------------------------------------X

Victor M. Wilson, an attorney duly admitted to practice law in the Eastern District of New York, affirms under penalties of perjury as follows:

1. I am the debtor's attorney in the above-captioned proceeding and as such, I am familiar with the facts and circumstances of this case.

2. I filed this bankruptcy proceeding on behalf of the debtor since his building located at 3502 Church Avenue, Brooklyn, New York was subject to a foreclosure judgment entered by the Brooklyn Supreme Court. On August 12, 2013, the debtor presented your affirmant with a copy of said auction date scheduled for August 15, 2013.

3. While, upon information and belief, he was in the process of negotiating a modification agreement with Flushing, the owners of 3502 Church Avenue Partners, LLC, namely, Solomon and Ely came to his house and informed him that their brother who works at Flushing Savings Bank will assign the note to them and that he should accept the sum of $50,000.00, or else he will lose everything.

4. Additionally, they gave his wife a handwritten letter on a piece of paper urging him to sign a faulty acknowledgment that he was perfectly competent throughout illness.

5. His wife refused to sign the hand written letter and gave it to him. A copy of this letter is attached herein as "Exhibit A".

6. His illness continued and he ended up being hospitalized with a massive stroke on May 10, 2010 which resulted in his paralysis on his right side. He was unable to speak and is still unable to speak clearly at present.

7. Notwithstanding the fact that he filed for bankruptcy protection two days prior to the public auction, and ignoring the fact that on August 14, 2013 your affirmant notified the referee and the attorney for 3502 Church Avenue Partners, LLC of the bankruptcy petition with proof of filing, both referee and attorney for Church Avenue Partners, LLC violated the automatic stay and sold the property to the highest bidder on August 15, 2013.

8. Their violation resulted in the debtor being illegally evicted from his premises on September 12, 2013 by 3502 Church Avenue Partners, LLC. Additionally, upon information and belief, his wife was severely bitten by an employee of 3502 Church Avenue Partners, LLC. A copy of the police report is attached as "Exhibit B".

9. She was taken to Brookdale Hospital for treatment. A copy of her medical treatment is attached herein as "Exhibit C".

10. It is ironic that 3502 Church Avenue Partners, LLC now files a motion before this Court seeking to lift the automatic stay after they have maliciously violated its purpose as described in Section 362 of the Bankruptcy Code.

WHEREFORE, I respectfully request that this Court enter an order invalidating the referee's conveyance to the purchaser on August 15, 2013, sanction 3502 Church Avenue Partners, LLC for violating the automatic stay, for costs, and for any other relief that this Court deems just and proper.

Affirmed on September 30, 2013

Victor M. Wilson vw5784
841 Park Place,
Brooklyn, NY 11216
(718) 773-7442

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JEAN S. JEAN-FRANCOIS                    Chapter 13
                                          CaseNo. 13-44946

                    Debtor(s)
                                          AFFIDAVIT

-------------------------------------------------------X

Jean S. Jean-Francois, after duly being sworn, deposes and says as follows:

1. I am the debtor in the above-captioned proceeding and as such, I am familiar with the facts and circumstances of this case.

2. I filed this bankruptcy proceeding since I was about to lose my house located at 3502 Church Avenue, Brooklyn, New York due to a foreclosure judgment entered against me at the Brooklyn Supreme Court. I received notice on or about August 7, 2013 that my property was about to be sold at auction on August 15, 2013.

3. I, in desperation, sought appropriate legal advice to prevent the auction sale since I wanted to continue my efforts in negotiating with the mortgagee, Flushing Savings Bank, FSB, a payment plan.

4. I, unfortunately had defaulted on my mortgage due to my sudden illness with congestive heart failure on August 26, 2008. As a result, I was unable to return to work.

5. While in the process of negotiating a modification agreement with Flushing, two men, namely, Solomon and Ely came to my house and informed me that brother who works at Flushing Savings Bank will assign the note to them and that I should accept the sum of $50,000.00, or else I will lose everything. I later found out that they are the owners of 3502 Church Avenue Partners, LLC.

6. Additionally, they gave my wife a letter forcing whereby she was to sign an faulty acknowledgment that I was perfectly competent to throughout my illness.

7. My wife refused to sign the hand written letter and gave it to me. A copy of this letter is attached herein as "Exhibit A". Subsequently, whereupon I received no further notice regarding my application for a modified payment plan.

8. My illness continued and I ended up with a massive stroke on May 10, 2010 which resulted in my paralysis on my right side. I was also unable to talk.

7. Due to my disability, my only source of income was social security disability benefits at $1100.00 per month.

8. Notwithstanding the fact that I filed for bankruptcy protection two days prior to the public auction, and ignoring the fact that my bankruptcy attorney, Mr Wilson's office notified the referee and the attorney for 3502 Church Avenue Partners, LLC of the bankruptcy petition with proof of filing on August 14, 2013, both referee and attorney for Church Avenue Partners, LLC, violated the automatic stay and sold the property to the highest bidder.

9. Their violation resulted in me being illegally evicted from my premises on September 12, 2013. My wife was severely bitten by 3502 Church Avenue Partners, LLC, employee. A copy of the police report is attached as "Exhibit B".

10. She was taken to Brookdale Hospital for treatment. A copy of her medical treatment is attached herein as "Exhibit C".

WHEREFORE, I respectfully request that this Court invalidate the referee's conveyance of the property located at 3502 Church Ave, Brooklyn New York on August 15, 2013, to order the eviction null and void, for costs, and for any other relief that this Court deems just and proper.

# VERIFICATION

STATE OF NEW YORK, COUNTY OF KINGS ss.:

I, the undersigned, being duly sworn, depose and say: I am the creditor in this action; I have read the foregoing affidavit and know the contents thereof; the same is true to my knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

_Jean S Jean Francois_
Jean S. Jean-Francois

Sworn to before me on

_September 27, 2013_

Victor M. Wilson
Notary Public
State of N.Y. 02W14984248
Qualified- Kings County
Commission Expires July 15, 2015

EXHIBIT "A"

Wife letter

5/25/12

To whom it may concern,

I ___ confirm that,
My husband Mr ___ is fully mentally
competent and understanding of his surroundings and
was fully mentally stable throughout his past &
present illness.

Best,
___

Dr letter 5/25/12

To Whom it may concern:

This is to confirm that my Pt Mr ____ has no mental issues. Throughout his medical issues in the recent years there was never an issue with his ____ competence. He is fully with it mentally and even able to operate a car etc.

D—

EXHIBIT "B"



**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 3-98)-Pent (RMU)

Date: 9/24/13

Welcome to 67 Precinct      2820 Snyder Avenue, Brooklyn, NY 11226      (718) 287-3211
(Command)                   (Address)                                    (Telephone No.)

We hope that you business with us was handled satisfactorily. Your particular matter has been assigned the following number(s)

Complaint Report No.: _____    Accident Report No.: _____    Aided Report No. 2209

Reported to: PLAA  Olanlege  328683   Date of Occurrence: 9/12/2013   Time: ___
             (Rank) (Name)   (Shield No.)

Location of Occurrence: 3502 Church Avenue

Crime: Assault 2F

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number (718) 287-3238. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

## COURTESY – PROFESSIONALISM – RESPECT
## REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

EXHIBIT "C"

# The Brookdale Hospital Medical Center

One Brookdale Plaza, Brooklyn, NY 11212
(718) 240-5000

Printed 09/16/2013 18:16

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| JEAN-FRANCOIS, | 50 yrs | 03/16/1963 | Female | BLACK | NO | 89.36kg | 167.64cm | 2519033 | 475612222 |

Allergies: Denies allergies
IDOCSILE

Reg. Date 09/16/2013 16:46  Room ED:FT WR-
Adm. Date 09/16/2013 16:46

# Discharge-Home Instructions

**Discharge Diagnosis**
Neck Pain
Physical Assault
Neck Spasm

**Discharge Activity**

**Discharge Diet**

**Discharge Instructions**

**Discharge Prewritten Instructions**

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| | PMD | | | | | | |

**Comments**

**Prescriptions**

Rx: Mobic 15mg Tab, Patient Instructions: take 1 tablet(15 MG) By PO  Refill 0  vol
route daily  VOID VOID VOID VOID VOID VOID VOID VOID Qty 20  vol

Rx: Flexeril 10mg Tab, Patient Instructions: take 1 by oral Route at VOID  Refill 0  vol
bedtime  VOID VOID VOID VOID VOID VOID VOID VOID Qty 7  vol

Print Date/Time: 9/16/2013 6:16:24 PM    Received transitional record: Diagnosis, Diagnostic Results, Procedures,
Discharge Date/Time: 9/16/2013 6:13:00 PM    Follow-up/Patient Instructions, and Home Medication List

Attending Physician: Levenshteyn (PA), Yaakov    All patients must follow up with a doctor within 48 hours if there
are still medical symptoms or problems

Nurse Signature: _____    Patient Signature: _____

# The Brookdale Hospital Medical Center

One Brookdale Plaza, Brooklyn, NY 11212
(718) 240-5000

Printed 09/16/2013 18:16

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| JEAN-FRANCOIS, IDOCSILE | 50 yrs | 03/16/1963 | Female | BLACK | NO | 89.36kg | 167.64cm | 2519033 | 4756122222 |

Allergies: Denies allergies

Reg. Date 09/16/2013 16:46    Room ED-FT W/R-
Adm. Date 09/16/2013 16:46

## Medication Reconciliation

| Med Recon Type | Med Type | Medication | Status |
|---|---|---|---|
| DISCHARGE | HOME MEDS | Flexeril 10 mg Tab, , at bedtime | CONTINUE |
| DISCHARGE | HOME MEDS | Janumet Oral, , daily | CONTINUE |
| DISCHARGE | HOME MEDS | Lantus SubQ, , daily | CONTINUE |
| DISCHARGE | HOME MEDS | Mobic 15 mg Tab, 1 tablet(15 MG), daily | CONTINUE |
| DISCHARGE | HOME MEDS | Norvasc Oral, , daily | CONTINUE |